THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WETZEL and JAYMIE WETZEL,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Case No. No. 4:25-cv-00079-DN<br><br>District Judge David Nuffer |

The Court having considered Plaintiff's Fed. R. Civ. P. 55(b)(2) Motion for Default Judgment together with the Affidavit of Noah M. Hoagland and documents filed with the Court, hereby enters Default Judgment against Defendants Matthew Wetzel and Jaymie Wetzel on Plaintiff's claim for Declaratory Relief. The Court finds, orders, and declares that:

1. This Court has jurisdiction over the case and venue is proper.

2. The Acuity insurance policy (No. VA6931) at issue does not provide coverage for claims made and damages alleged against Defendants relating to the Incident alleged in the underlying Lawsuit filed by Plaintiff Steven Stay in the Fifth Judicial District Court in and for Washington County, State of Utah (Case No. 250500167) against Matthew Wetzel, Jaymie Wetzel, Winder Towing, and Matt's Off Road Recovery.

3. The Business Exclusion set forth in Section II(1)(g) in the Coverage Enhancement Plus Endorsement of Acuity's Insurance Policy excludes coverage for the damages and injuries alleged in the underlying lawsuit.

1

Signed August 13, 2025.

                                      BY THE COURT

                                      _____
                                      David Nuffer
                                      United States District Judge